TREAT AS FILED IN ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2005 SEP 22 AM 11:22 LORETTA G. WHYTE CLERK | 00-00321-005 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leo C. Stevens Transient | Eastern District of Louisiana | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Kurt D. Englehardt | |
| | DATES OF SUPERVISED RELEASE: | FROM June 3, 2004 — TO June 2, 2007 |

**OFFENSE**

18: U.S.C. 371; 18: U.S.C. 1028 (a) (7); 18 U.S.C. 2, Conspiracy to Defraud the United States and Use of Stolen Identification Documents with Intent to Commit a Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT   OF   LOUISIANA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Georgia** GA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Sept 22, 2005
Date

Honorable Kurt D. Englehardt
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN DISTRICT   OF   GEORGIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 19, 2005
Effective Date

Beverly B. Martin
United States District Judge

___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No.___

| | | |
|---|---|---|
| **THOMAS W. BISHOP**<br>CHIEF PROBATION OFFICER | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF GEORGIA<br>PROBATION OFFICE<br>2003 U.S. COURTHOUSE<br>75 SPRING STREET, S.W.<br>ATLANTA, GEORGIA 30303-3361 | (404) 215-1950<br>FAX (404) 331-0160 |

September 19, 2005

**The Honorable Beverly B. Martin**
**United States District Court Judge**
**Northern District of Georgia**
**Atlanta Division**

                        RE:    Leo Charles Stevens
                                Docket # 00-00321-005 ED/LA
                                <u>**Transfer of Jurisdiction Request**</u>

**Dear Judge Martin:**

On February 27, 2002, Mr. Stevens was found guilty of Conspiracy to Defraud the U. S. and Use of Stolen Identification Documents in the Eastern District of Louisiana. He was sentenced to 46 months custody plus 3 years of supervised release. His special conditions include the following: $200.00 special assessment; financial disclosure; no new credit; and participation in a life skills program. Mr. Stevens began his period of supervised release on June 3, 2004, in the Northern District of California.

On March 26 2005, Mr. Stevens was arrested in Norcross (Gwinnett County), Georgia and charged with Criminal Attempt to Commit Theft by Taking and Financial Transaction Card Fraud. The case is pending an indictment.

At the time of Mr. Stevens arrest, he had absconded from the Central District of California and his whereabouts were unknown.

On June 27, 2005, a warrant for supervised release violations was signed in the Eastern District of Louisiana charging Mr. Stevens with Criminal Attempt to Commit Theft by Taking and Financial Transaction Card Fraud in Gwinnett County, Georgia, leaving the Northern District of California without permission, failing to submit monthly supervision reports, failing to notify the probation officer within 72 hours of any change in employment, and failing to notify the probation officer of his arrest.

On August 31, 2005, Mr. Stevens made his initial appearance before U.S. Magistrate Court Judge, Alan J. Baverman, who ordered Mr. Stevens remanded in custody until a detention hearing could be held on September 7, 2005.

On September 7, 2005, Judge Baverman ordered Mr. Stevens remanded in custody until September 15, 2005, in order for the probation office to attempt and hopefully facilitate the process of transfer of jurisdiction of this case due to a natural disaster having occurred in the Eastern District of Louisiana.

On September 15, 2005, a subsequent hearing was held by Judge Baveman regarding the status of Mr. Stevens case. It was the order of the Court that Mr. Stevens be remanded in custody until September 26, 2005, at which time a decision would be made as to whether he would be provided a bond and; subsequently, supervised in the Northern District of Georgia until either the Eastern District of Louisiana or the Northern District of Georgia is prepared to pursue the matter.

On September 19, 2005, contact was made with U.S. Probation Officer Marilyn Sewell of the Eastern District of Louisiana. Based on the tragedies in the Eastern District of Louisiana, she agreed that jurisdiction of this case should be transferred to the Northern District of Georgia.

Although Mr. Stevens was convicted on the instant offense in the Eastern District of Louisiana, the district is unable to pursue the necessary revocation process due to the hurricane that battered the gulf coast region. Therefore, this officer requests jurisdiction be transferred to the Northern District of Georgia. Please sign Part-2 Order Accepting Jurisdiction form if Your Honor concurs. Enclosed is a copy of the Presentence report, J&C, and warrant and petition for your review.

Sincerely,

Bruce E. Murphy
U. S. Probation Officer

BEM
Encl.

_____  9/19/05
Leigh A. Knight             Date
Supv. U.S. Probation Officer

---

**Decision of Judge:**

[✓] Agree with Probation Officer's Recommendation

[ ] Take Following Action:

_____  September 19, 2005
Honorable Beverly B. Martin  Date
U. S. District Court Judge