# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

LEO CHARLES STEVENS

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-321 "N"

To:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Leo Charles Stevens** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with Alleged Violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

_____
Signature of Issuing Officer

**June 28, 2005   New Orleans, Louisiana**
Date and Location

(By) Deputy Clerk

Bail fixed at $_____   by _____
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| 5456 Wentworth St., Atlanta, GA |

| DATE RECEIVED 6/28/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | ___ Fee |
|---|---|---|---|
| DATE OF ARREST 8/30/05 | Doug Farrell DUSM | | ___ Process  X Dktd  ___ CtRmDep  ___ Doc. No. |